# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5077 | **DATE** | 7/18/2012 |
| **CASE TITLE** | AF Holdings LLC v. John Doe | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for an Order granting limited discovery prior to the Rule 26(f) Conference is granted. Status hearing set for 9/17/2012 at 9:00 a.m.

See attached order for further detail.

Docketing to mail notices.

00:04'mf[c

| | Courtroom Deputy | AC |
|---|---|---|

12C5077          Page 1 of 2