**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                      Case Number: 2012-cv-05077
AF HOLDINGS, LLC v. PERRY MILOGLOU

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PERRY MILOGLOU

| |
|---|
| NAME (Type or print) <br> Nicholas C. Kefalos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Nicholas C. Kefalos |
| FIRM <br> Vernor Moran, LLC |
| STREET ADDRESS <br> 27 North Wacker Drive, Suite 2000 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606-2800 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270051 | TELEPHONE NUMBER <br> (312) 264-4460 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐