IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | ) | |
| | ) | Judge Joan H. Lefkow |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Case No. 2012-cv-5077 |
| | ) | |
| PERRY MILOGLOU, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  Please refer to the named person(s) following the below, "Certificate of Service".

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 10, 2013, at 8:30 a.m., or as soon as counsel may be heard, I shall appear before United States District Court Judge Joan H. Lefkow, or any judge sitting in her stead, in courtroom number 1925 of the Everett McKinley Dirksen Federal Building, United States Courthouse, which is located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT PERRY MILOGLOU's MOTION FOR A MORE DEFINITE STATEMENT REGARDING INFRINGEMENT AND CONTRIBUTORY INFRINGEMENT CLAIMS,** a true and complete copy of which is hereby attached and served on you.

CERTIFICATE OF SERVICE

I, Nicholas C. Kefalos, an attorney, hereby certify that on the 3rd day of January 2013, a true and correct copy of the foregoing **NOTICE OF MOTION**, along with **DEFENDANT PERRY MILOGLOU's MOTION FOR A MORE DEFINITE STATEMENT REGARDINGINFRINGEMENT AND CONTRIBUTORY INFRINGEMENT CLAIMS,** was served electronically upon the below-named counsel of record via the District Court's CM/ECF system:

Paul Duffy
Prenda Law Inc.
161 North Clark Street, Suite 3200
Chicago, IL 60601

docket@wefightpiracy.com

                                  Respectfully submitted,

                                  PERRY MILOGLOU, Defendant,

Dated: January 3, 2013                   By: s/Nicholas C. Kefalos_____
                                          One of his attorneys.

VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460