# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

AF Holdings LLC

                         Plaintiff,

v.                                        Case No.: 1:12–cv–05077
                                                         Honorable Joan H. Lefkow

Perry Miloglou

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2013:

       MINUTE entry before Honorable Joan H. Lefkow:In court hearing held on 1/31/2013. Defendant's motion for more definite statement [27] is granted. Plaintiff is to provide a more definite statement, and defendant is permitted to answer the complaint after being provided with the more definite statement. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.