IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PERRY MILOGLOU,<br><br>    Defendant. | CASE NO. 1:12-cv-05077<br><br>Judge: Hon. Joan H. Lefkow<br><br>Magistrate: Hon. Arlander Keys |

## ORDER

1. In his Motion for More Definite Statement, Defendant requested the identifying information of his alleged co-conspirators.

2. Plaintiff and Defendant may issue subpoenas to the Internet Service Providers ("ISPs") listed in Exhibit A, attached hereto, seeking the identifying information of Defendant's alleged co-conspirators who are identified by the IP addresses listed in Exhibit B, attached hereto. Information gathered pursuant to the subpoenas must be used in accordance with applicable law, rules of procedure and rules of professional conduct.

3. The ISPs listed in Exhibit A are hereby ordered and authorized to disclose to the parties the identifying information of their subscribers identified by the IP addresses listed in Exhibit B hereto. This includes the true names, addresses, telephone numbers, e-mail addresses, and Media Access Control ("MAC") address for each subscriber associated with an Internet Protocol ("IP") address that is listed in a subpoena issued by Plaintiff or Defendant.

4. Any party serving an ISP with a subpoena shall also serve a copy of this Order. ISPs subpoenaed by either party shall enclose a copy of this Order with any subscriber notifications.

5. If any ISP wishes to move to challenge a subscriber identification subpoena, it shall preserve any subpoenaed information pending the resolution of any timely-filed motion.

6. If a subscriber files a motion challenging the release of his or her personal identifying information or for any other form of relief, an ISP shall withhold the identifying information associated with that specific subscriber pending the resolution of the subscriber's motion, but shall not delay in responding to the balance of the subpoena.

7. If a subscriber files a motion challenging the release of his or her personal identifying information, he or she must identify the IP address that they are associated with. Any motion filed by a subscriber that does not identify the IP address that he or she is associated with will be denied. ISPs may not withhold the identifying information of any individual because of a motion that does not list an IP address. Nor may ISPs withhold the identifying information of any individual who submits an objection directly to the ISP, but does not file the motion with this Court.

8. The Court advises ISPs and their subscribers that any motion filed with this Court must comply with the relevant rules of procedure and the laws. Arguments that are inconsistent with relevant rules and applicable law will be denied.

9. The parties may only use the information disclosed in response to this Order to protect and enforce their related rights as set forth in the Complaint.

DATED: February 26, 2013   SIGNED: *Arlander Keys*
United States Judge

# EXHIBIT A

## LIST OF INTERNET SERVICE PROVIDERS

| | |
|---|---|
| Time Warner Cable, LLC | Suddenlink Communications |
| Verizon Online, LLC | Insight Communications Company, L.P. |
| Cox Communications, Inc. | WideOpenWest Finance, LLC |
| Comcast Cable Holdings, LLC | Cable One Inc. |
| SBC Internet Services, Inc. | CenturyLink, Inc. |
| Charter Communications, LLC | WaveDivision Holdings, LLC |
| Cablevision Systems Corporation | Bresnan Communications |
| Qwest Corporation | Mediacom Communications Corporation |
| Bright House Networks, LLC | Verizon Wireless Services, LLC |
| Frontier Communications of America, Inc. | Midcontinent Media, Inc. |
| Windstream Communications | Armstrong Cable Services |
| BellSouth.net | Black Oak Computers |
| Embarq Communication, Inc. | General Communication, Inc. |
| RCN Telecom Services, Inc. | PenTeleData, Inc. |

# EXHIBIT B

| IP Address | Date/Time (UTC) |
|---|---|
| 98.118.189.79 | 2012-11-07 17:11:42 |
| 98.224.239.213 | 2013-01-15 21:49:50 |
| 72.92.223.82 | 2012-12-20 07:40:20 |
| 96.244.43.153 | 2012-12-28 06:13:56 |
| 66.176.129.254 | 2012-11-17 06:59:16 |
| 24.91.251.169 | 2013-01-10 23:26:01 |
| 98.164.240.135 | 2012-12-07 09:38:52 |
| 68.13.112.94 | 2013-02-03 16:25:01 |
| 71.63.173.45 | 2012-10-27 21:19:42 |
| 68.13.248.76 | 2013-01-12 12:19:36 |
| 69.140.15.127 | 2012-12-07 04:09:30 |
| 50.53.55.161 | 2012-11-02 03:52:34 |
| 69.113.233.92 | 2013-01-31 06:39:54 |
| 67.253.31.125 | 2012-12-06 20:06:01 |
| 69.142.146.217 | 2012-12-19 09:43:00 |
| 68.35.44.148 | 2013-02-09 13:15:10 |
| 24.92.184.152 | 2012-11-22 08:26:06 |
| 108.11.189.165 | 2013-01-03 04:41:49 |
| 184.189.247.50 | 2012-11-02 21:03:33 |
| 108.176.149.216 | 2012-11-16 06:27:35 |
| 71.191.70.111 | 2013-01-13 04:57:46 |
| 71.57.130.205 | 2012-11-18 00:27:55 |
| 76.219.146.196 | 2012-12-29 04:16:42 |
| 71.207.156.179 | 2012-11-15 03:28:58 |
| 174.74.86.53 | 2012-11-30 01:26:02 |
| 207.172.176.113 | 2012-12-06 11:07:09 |
| 24.7.48.229 | 2013-01-06 04:15:45 |
| 96.252.52.216 | 2013-02-14 01:55:02 |
| 67.188.168.102 | 2012-12-06 14:43:14 |
| 107.4.146.150 | 2012-12-12 01:22:23 |
| 76.102.17.160 | 2012-12-15 07:02:51 |
| 72.67.117.72 | 2012-12-19 19:19:02 |
| 67.237.231.126 | 2012-11-06 08:56:45 |
| 68.187.100.57 | 2013-01-28 01:56:20 |
| 76.112.50.50 | 2012-12-23 21:42:15 |
| 24.185.11.121 | 2013-01-31 19:35:00 |
| 67.162.247.145 | 2012-11-26 21:19:32 |
| 74.196.210.63 | 2012-11-07 08:13:20 |
| 70.170.45.129 | 2013-01-05 10:16:09 |
| 98.206.154.48 | 2013-01-25 22:04:58 |
| 98.208.37.107 | 2013-01-19 05:20:48 |
| 67.183.71.203 | 2013-01-24 02:54:37 |
| 71.53.160.164 | 2012-12-06 14:59:50 |
| 74.192.8.249 | 2013-01-21 22:27:24 |
| 72.211.250.76 | 2012-12-14 08:04:35 |
| 69.120.61.154 | 2012-11-15 10:35:59 |
| 98.206.11.209 | 2013-02-08 01:44:02 |
| 96.246.192.197 | 2012-12-06 19:09:34 |
| 24.11.63.147 | 2012-12-24 01:18:54 |
| 66.215.53.130 | 2012-12-13 02:35:48 |
| 71.228.115.58 | 2012-11-22 16:49:56 |
| 24.228.111.168 | 2012-11-19 03:46:20 |
| 98.204.166.84 | 2012-12-12 02:08:58 |
| 75.73.60.76 | 2012-12-06 16:15:56 |
| 76.31.126.144 | 2013-01-04 04:53:03 |
| 65.96.150.144 | 2012-10-27 13:21:37 |
| 98.163.192.203 | 2012-11-15 02:42:07 |
| 67.191.182.45 | 2012-12-19 03:41:38 |
| 76.228.33.239 | 2012-11-17 05:25:08 |
| 74.107.83.56 | 2012-11-21 22:48:39 |
| 108.4.57.252 | 2013-01-05 13:51:01 |
| 74.194.214.91 | 2012-12-13 17:47:38 |
| 50.138.227.85 | 2012-12-07 02:08:24 |
| 98.248.139.31 | 2013-02-01 00:17:35 |
| 99.118.158.67 | 2012-12-19 08:44:13 |
| 24.131.223.170 | 2013-01-06 02:16:27 |
| 97.86.8.62 | 2013-01-31 14:47:34 |
| 174.68.69.157 | 2012-12-03 15:54:22 |
| 98.227.249.11 | 2012-11-22 09:07:24 |
| 173.57.120.128 | 2012-12-12 18:09:19 |
| 97.103.108.1 | 2012-12-06 03:09:06 |
| 69.253.34.6 | 2012-12-06 21:32:00 |
| 72.213.31.180 | 2013-01-05 00:17:02 |
| 98.148.167.36 | 2012-12-12 02:56:50 |
| 68.118.170.11 | 2012-12-19 22:19:11 |
| 68.32.59.73 | 2012-11-28 17:28:16 |
| 98.237.14.243 | 2012-12-10 19:37:42 |
| 71.197.253.105 | 2012-12-18 19:45:39 |
| 108.35.41.217 | 2012-12-29 07:51:36 |
| 68.50.164.93 | 2012-12-08 06:45:01 |
| 69.139.103.102 | 2012-11-06 22:14:13 |

| IP | Timestamp | IP | Timestamp |
|---|---|---|---|
| 68.4.101.62 | 2012-12-05 20:09:32 | 98.234.93.25 | 2012-11-22 08:27:17 |
| 67.173.161.186 | 2012-11-04 05:30:15 | 24.125.133.63 | 2013-01-07 00:25:58 |
| 71.146.64.74 | 2012-11-30 02:18:00 | 99.142.16.15 | 2012-10-24 12:49:40 |
| 76.25.119.67 | 2012-12-15 08:58:50 | 68.96.230.105 | 2012-11-27 10:33:58 |
| 98.216.64.54 | 2013-01-10 23:16:43 | 67.80.172.254 | 2012-11-20 16:03:28 |
| 71.126.133.45 | 2012-11-17 08:07:28 | 68.82.101.159 | 2012-11-19 18:08:47 |
| 50.131.248.45 | 2013-01-07 16:44:37 | 24.240.170.238 | 2012-12-11 19:30:01 |
| 98.127.8.23 | 2012-11-06 05:52:52 | 75.87.67.18 | 2012-12-16 02:26:14 |
| 98.210.138.24 | 2012-12-06 13:52:30 | 68.44.213.143 | 2012-11-17 05:05:05 |
| 74.111.195.86 | 2013-01-10 06:18:40 | 108.33.93.84 | 2013-02-08 00:10:49 |
| 71.199.185.93 | 2013-01-07 00:11:00 | 72.64.149.91 | 2013-01-01 16:05:46 |
| 108.39.39.195 | 2012-11-21 05:29:51 | 69.250.26.108 | 2012-11-27 07:58:27 |
| 50.142.91.118 | 2012-12-18 06:41:43 | 96.243.28.162 | 2012-12-07 06:16:11 |
| 98.192.225.214 | 2012-12-12 03:18:38 | 71.179.3.205 | 2012-11-27 13:59:14 |
| 69.251.63.15 | 2012-12-06 04:21:57 | 68.99.182.84 | 2012-12-18 12:34:24 |
| 67.182.205.230 | 2012-10-31 06:53:11 | 24.228.33.247 | 2012-12-11 16:15:48 |
| 98.234.155.246 | 2012-12-14 01:24:28 | 24.22.222.4 | 2012-12-06 17:15:16 |
| 98.113.4.248 | 2013-01-17 06:58:18 | 75.66.200.175 | 2013-01-09 23:46:19 |
| 98.211.239.43 | 2012-12-04 23:32:16 | 71.49.108.240 | 2013-01-24 23:36:19 |
| 72.84.111.232 | 2012-12-18 01:44:27 | 69.142.2.31 | 2012-12-07 23:19:36 |
| 173.78.149.112 | 2013-02-15 18:34:24 | 24.186.229.187 | 2012-12-19 06:09:28 |
| 98.169.84.37 | 2012-11-07 14:40:40 | 96.224.237.172 | 2012-11-02 01:20:45 |
| 69.81.20.224 | 2012-12-06 06:13:33 | 24.188.239.86 | 2012-12-07 19:41:13 |
| 68.204.249.233 | 2013-01-05 18:49:32 | 68.46.223.237 | 2012-11-15 02:03:35 |
| 99.118.4.98 | 2012-11-17 04:56:54 | 67.81.121.145 | 2012-12-19 10:23:30 |
| 72.223.86.164 | 2012-11-30 21:19:23 | 71.183.69.32 | 2012-12-17 00:08:17 |
| 68.108.144.200 | 2012-12-06 13:05:23 | 76.84.67.46 | 2012-11-17 01:54:02 |
| 68.50.23.172 | 2012-12-09 21:30:21 | 68.207.185.247 | 2013-01-26 19:46:17 |
| 69.205.74.93 | 2013-01-29 08:17:52 | 67.87.162.70 | 2013-01-21 20:58:42 |
| 68.8.48.3 | 2013-02-21 06:33:56 | 76.104.151.246 | 2013-01-13 18:53:41 |
| 98.164.212.36 | 2012-10-24 12:00:22 | 71.204.235.4 | 2012-11-21 00:46:01 |
| 69.247.42.59 | 2012-12-21 21:08:20 | 173.51.154.17 | 2012-11-17 07:10:32 |
| 68.97.13.123 | 2012-11-03 23:23:29 | 76.202.139.149 | 2013-01-14 18:16:30 |
| 74.101.154.143 | 2013-02-09 01:03:32 | 71.56.68.138 | 2012-12-23 03:33:14 |
| 71.33.9.204 | 2012-10-29 09:52:01 | 68.62.16.232 | 2012-12-18 19:30:12 |
| 24.45.255.167 | 2013-01-29 02:04:47 | 67.170.67.195 | 2012-11-30 06:34:47 |
| 74.103.210.217 | 2012-12-11 19:15:59 | 98.200.73.146 | 2012-12-12 01:22:48 |
| 24.47.135.77 | 2012-12-11 16:35:43 | 72.198.94.133 | 2013-01-04 23:43:05 |
| 67.233.179.47 | 2013-02-02 19:16:53 | 68.195.48.6 | 2012-10-23 05:49:26 |
| 108.35.1.214 | 2013-01-16 21:41:00 | 98.160.163.64 | 2012-12-19 07:24:07 |
| 69.248.184.71 | 2012-11-08 00:30:03 | 71.53.188.253 | 2012-12-17 15:40:09 |

| IP Address | Timestamp | IP Address | Timestamp |
|---|---|---|---|
| 69.121.67.64 | 2012-11-30 23:19:18 | 184.18.28.92 | 2012-12-09 01:54:16 |
| 76.87.127.200 | 2012-11-20 17:12:43 | 68.0.239.165 | 2012-12-12 07:40:06 |
| 68.193.255.244 | 2013-02-01 16:09:01 | 69.122.112.219 | 2013-01-10 18:44:03 |
| 75.73.84.206 | 2012-12-15 11:59:12 | 71.91.184.243 | 2012-12-22 07:15:32 |
| 174.57.160.41 | 2013-01-03 03:01:07 | 66.191.21.74 | 2012-11-17 03:21:24 |
| 173.69.192.145 | 2012-11-26 15:47:35 | 70.174.49.207 | 2012-12-15 21:45:19 |
| 76.23.38.189 | 2012-12-19 07:13:51 | 72.211.152.39 | 2012-10-30 02:06:05 |
| 108.210.224.19 | 2013-01-07 13:00:08 | 96.242.142.120 | 2013-01-03 16:29:01 |
| 75.108.226.200 | 2013-01-28 02:04:40 | 24.9.10.66 | 2013-01-14 21:46:32 |
| 69.246.68.128 | 2013-01-14 17:30:05 | 98.208.113.255 | 2012-11-17 03:24:23 |
| 70.190.134.128 | 2012-12-17 21:17:50 | 76.118.117.4 | 2013-01-08 01:58:26 |
| 96.238.39.20 | 2012-12-17 15:44:46 | 67.164.110.87 | 2012-12-15 01:08:02 |
| 97.83.186.217 | 2012-12-11 09:39:27 | 172.1.132.224 | 2012-12-17 16:30:08 |
| 74.71.163.207 | 2012-12-19 19:24:23 | 24.180.153.166 | 2012-12-08 08:25:32 |
| 174.49.79.114 | 2012-12-21 17:20:53 | 76.101.57.92 | 2012-12-01 22:50:20 |
| 24.23.75.127 | 2012-11-18 22:30:44 | 98.196.250.185 | 2012-12-07 04:15:13 |
| 173.60.239.46 | 2013-01-04 06:18:16 | 173.57.85.154 | 2012-11-26 15:48:41 |
| 98.87.116.15 | 2013-01-09 20:45:57 | 68.224.82.201 | 2012-11-17 08:19:56 |
| 75.120.224.192 | 2012-12-21 00:41:39 | 71.62.7.98 | 2012-12-06 12:23:43 |
| 98.194.216.213 | 2012-12-22 13:08:36 | 108.9.57.71 | 2012-12-21 01:35:51 |
| 96.237.193.171 | 2012-12-13 18:10:24 | 71.251.166.209 | 2012-12-18 08:43:52 |
| 71.120.27.140 | 2013-01-28 06:40:57 | 173.58.51.245 | 2012-12-05 22:01:25 |
| 98.213.248.81 | 2013-02-14 20:42:07 | 98.211.87.81 | 2013-01-24 02:25:27 |
| 70.127.101.14 | 2012-10-29 21:37:55 | 67.168.70.147 | 2012-11-06 21:58:37 |
| 76.16.253.59 | 2012-11-27 14:37:59 | 174.71.85.138 | 2012-12-13 12:06:29 |
| 68.60.146.174 | 2013-01-31 19:41:36 | 69.125.14.234 | 2012-11-30 04:46:20 |
| 71.167.16.139 | 2012-12-21 12:31:45 | 50.41.76.235 | 2012-11-02 18:02:30 |
| 68.1.69.192 | 2012-11-22 03:41:11 | 24.7.9.191 | 2012-12-07 02:55:02 |
| 68.108.6.26 | 2012-12-29 06:42:26 | 74.100.107.224 | 2012-12-06 03:14:50 |
| 67.174.164.26 | 2013-01-21 15:53:13 | 98.229.254.207 | 2012-12-16 23:56:29 |
| 75.141.100.102 | 2013-01-31 10:11:32 | 74.38.52.114 | 2013-01-01 16:51:28 |
| 64.85.243.211 | 2012-12-21 09:47:59 | 76.26.32.82 | 2013-01-04 14:01:58 |
| 71.91.172.114 | 2012-11-30 15:55:23 | 76.120.242.158 | 2012-12-14 03:05:04 |
| 108.35.179.134 | 2013-01-20 22:48:55 | 96.255.106.192 | 2012-12-06 12:55:06 |
| 67.170.235.57 | 2012-12-19 18:43:36 | 24.205.83.52 | 2012-12-14 05:14:04 |
| 98.197.76.87 | 2013-01-24 11:12:47 | 69.115.1.189 | 2013-02-08 04:57:01 |
| 173.59.61.251 | 2012-11-18 08:15:34 | 67.167.205.206 | 2012-12-06 03:24:36 |
| 72.64.122.95 | 2012-11-13 22:46:55 | 98.228.165.177 | 2012-12-12 05:00:33 |
| 69.235.17.112 | 2013-01-30 02:54:32 | 67.172.166.196 | 2013-01-19 16:01:05 |
| 173.66.76.130 | 2012-10-29 19:09:36 | 72.221.65.202 | 2013-01-10 20:50:04 |
| 98.226.73.6 | 2012-11-17 14:19:30 | 98.196.3.4 | 2012-12-12 12:02:11 |